UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HOWARD E. WHITING, JR.,

        Plaintiff,

-vs-                                Case No. 5:04-cv-123-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.
_____/

## O R D E R

The United States Magistrate Judge has issued a report (Doc. 38) recommending that Plaintiff's Application for: "Approval of Counsel's Contingency Fee Contract With Plaintiff Which Provides For A Fee Of 25 Percent Of Plaintiff's Past Due Benefits; For An Award Of Attorney's Fees Equal To 25 Percent Of Plaintiff's Remaining Past Due Benefits Pursuant to 42 U.S.C. § 406(b)(1) (Doc. 26)" be granted, and Section 406(b)(1) fees should be approved for the Plaintiff in the sum of $12,411.50 to be paid out of the Plaintiff's past due benefits currently being withheld by the Social Security Administration. None of the Parties have filed objections to the Magistrate Judge's report and recommendation, and the time for filing objections has elapsed. Accordingly, upon due consideration, it is ORDERED and ADJUDGED that the Magistrate Judge's Report and Recommendation (Doc. 38) is adopted, confirmed, and made a part hereof.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 18th day of June, 2008.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record